**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* ____________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**11/26**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Lycan Capital Fund II LLC |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 92-2392618 |
| **4.** | **Debtor's address** | **Principal place of business**<br>400 Rella Boulevard, Suite 190<br>Suffern, NY 10901<br>Number, Street, City, State & ZIP Code<br>Rockland<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>87-33 125th Street (Block 9334, Lot 69) Richmond Hill, NY 11418<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor Lycan Capital Fund II LLC
Name

Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5311

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first two sub-boxes. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the third sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are not more than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are not more than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

Debtor Lycan Capital Fund II LLC
Name
Case number (*if known*)

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| **15. Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☒ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☒ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor Lycan Capital Fund II LLC
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 17, 2026
MM / DD / YYYY

**X** /s/ Mark Taub
Signature of authorized representative of debtor

Mark Taub
Printed name

Title Manager

**18. Signature of attorney**

**X** /s/ Charles Wertman
Signature of attorney for debtor

Date November 17, 2026
MM / DD / YYYY

Charles Wertman
Printed name

Law Offices of Charles Wertman, P.C.
Firm name

100 Merrick Road, Suite 304W
Suite 304W
Rockville Centre, NY 11570
Number, Street, City, State & ZIP Code

Contact phone (516) 284-0900 Email address charles@cwertmanlaw.com

2593267 NY
Bar number and State

**WRITTEN CONSENT OF THE MANAGER AND MEMBERS
OF
LYCAN CAPITAL FUND II LLC
AUTHORIZING THE FILING OF A CHAPTER 11 PETITION**

The undersigned, being the Manager of Lycan Capital Fund II LLC, a New York limited liability company (the "Company"), and all of the Members of the Company, acting by unanimous written consent under Section 407 of the New York Limited Liability Company Law and the Company's Operating Agreement, as amended (the "Operating Agreement"), adopt the following resolutions effective as of November 17, 2026, and waive any meeting or notice. Capitalized terms not defined here have the meanings given in the Operating Agreement.

**RESOLVED**, that, in the judgment of the Manager and the Members, it is desirable and in the best interests of the Company, its creditors and other interested parties that the Company file a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the Members hereby unanimously give the written approval required by Section 4.02(a)(iii) of the Operating Agreement to initiate such proceeding;

**RESOLVED**, that the Manager is designated as the authorized representative of the Company and is expressly authorized and directed, on behalf of the Company and to the exclusion of all other persons, (a) to execute and file the petition, schedules, statements, lists, declarations and all other papers, (b) to execute all agreements of the Company during the chapter 11 case, including professional engagement letters, financing documents and contracts of sale, and (c) to take all other actions he deems necessary or appropriate in connection with the chapter 11 case, in each case subject to approval of the Bankruptcy Court where required, and this resolution constitutes the Members' express authorization under Section 4.01 of the Operating Agreement;

**RESOLVED**, that the Company is authorized to retain FIA Capital Partners, LLC ("FIA"), with which the Manager is affiliated, on the terms of its engagement agreement with the Company, which is approved, and to pay FIA's fees and expenses under that agreement, subject to approval of the Bankruptcy Court where required;

**RESOLVED**, that the Company is authorized to employ the Law Offices of Charles Wertman P.C. as its bankruptcy counsel, subject to approval of the Bankruptcy Court;

**RESOLVED**, that, subject to approval of the Bankruptcy Court, the Company is authorized to borrow up to $50,000 from Lycan Capital LLC as postpetition financing on the terms disclosed to the Members (the "DIP Loan"); that the Members, having reviewed those terms, approve the DIP Loan as fair to the Company; and that the Manager, who negotiated those terms on behalf of the Company, is authorized to execute the DIP Loan documents and to seek Bankruptcy Court approval of them;

**RESOLVED**, that all actions previously taken by the Manager or any authorized person in connection with the foregoing matters are hereby ratified, confirmed and approved in all respects.

This written consent may be executed in counterparts and delivered by electronic transmission, each of which shall be deemed an original and all of which together shall constitute one instrument. This written consent shall be filed with the records of the Company.

**MANAGER:**

Signed by:
By: Mark Taub
4AC12E4D7444474...
Name: Mark Taub
Title: Manager

**MEMBERS:**

**LYCAN CAPITAL MANAGEMENT LLC**

Signed by:
By: Ricci Lapa
637654606139480...
Name: Ricci Lapa
Title: Sole Member

**MBENSH LLC**

Signed by:
By: Martin Steinberg
84783B294FB84BA...
Name: Martin Steinberg
Title: Member

**THE BERNARD AND BELLA KOHN FAMILY TRUST**

DocuSigned by:
By: Reuven Kohn
942E8EC25600460...
Name: Reuven Kohn
Title: Trustee

DocuSigned by:
By: Esther Lapa
5F6AB073E43F4F3...
Name: Esther Lapa

**MADISON TRUST COMPANY FBO REUVEN KOHN M1606128**

DocuSigned by:
By: Reuven Kohn
942E8EC25600460...
Name: Reuven Kohn
Title: Account Holder